FILED
CLERK, U.S. DISTRICT COURT

SEP 1 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

             Plaintiff,

    v.

JOSE DANIEL BERNAL-GOMEZ,

             Defendant.

Case No. CR 07-1389-RGK

**ORDER OF DETENTION**

**[Fed. R. Crim. P. 32.1(a)(6);
18 U.S.C. § 3143(a)]**

        The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

        The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.    (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) his lack of bail resources; (2) unverified background; and (3) defendant submitted to detention request.

and/or

B.    ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the

1  community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based

2  on:_____

3  _____

4      IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending

5  further revocation proceedings.

6

7  Dated: _____9|18_____, 2009.

8  _____
                   Fernando M. Olguin

9           United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28